# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2010

139617 (82)(83)(89)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

2000 BAUM FAMILY TRUST, BAUM FAMILY
TRUST, JOSEPH BEAUDOIN, SANDRA
BEAUDOIN, ADELE MEGDALL REVOCABLE
TRUST, PAUL NOWAK & JOAN NOWAK TRUST,
MARILYN ORMSBEE, MARK SCHWARTZ,
WENDY SCHWARTZ, and THOMAS THOMASON,
   Plaintiffs/Counter
   Defendants-Appellants,

v

WILLIAM BABEL, JUDY BABEL, JAMES
CAHILL, GLORIA CAHILL, DANIEL ENGSTROM,
PENNY ENGSTROM, ARTHUR A. RANGER TRUST,
PATRICIA L. RANGER TRUST, and CHARLEVOIX
COUNTY ROADCOMMISSION,
   Defendants/Counter
   Plaintiffs-Appellees,
and

AL GOOCH, ELIZABETH GOOCH, JESSE
HALSTEAD, and LINDA HALSTEAD,
   Intervening Defendants/
   Counter Plaintiffs-Appellees,
and

CHARLEVOIX TOWNSHIP,
   Defendant-Appellee.
_____

SC: 139617
COA: 284547
Charlevoix CC: 07-061121-CH

   On order of the Chief Justice, motions by appellee Charlevoix County Road
Commission and by *amicus* County Road Association of Michigan for extension of time for
filing their briefs are GRANTED. The motion by Charlevoix Township for extension of time
is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2010

Clerk